# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### *Capital Habeas Unit*

FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 545 WEST – THE CURTIS
601 WALNUT STREET
PHILADELPHIA, PA 19106

PHONE NUMBER (215) 928-0520
FAX NUMBER     (215) 928-0826
FAX NUMBER     (215) 928-3508

**HELEN A. MARINO**
INTERIM CHIEF FEDERAL DEFENDER

January 31, 2023

Patricia S. Dodszuweit, Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re:    *Robert Wharton v. Superintendent Graterford SCI, et. al.*
       Case No. 22-2839

Dear Ms. Dodszuweit,

This is an appeal by the Philadelphia District Attorney's Office and two of its senior lawyers from a sanctions order. Robert Wharton is designated as Appellee in this appeal.

I am writing to inform the Court that Mr. Wharton will not be filing a brief in this matter. To be clear, Mr. Wharton will continue to pursue his appellate remedies in the related underlying appeal that is docketed at 22-9001.

Please feel free to contact me with any questions. Thank you for your cooperation

Sincerely,

*/s/ Stuart Lev*

Stuart Lev
Counsel for Robert Wharton