22-2839
───────────────────────────────

# United States Court of Appeals for the Third Circuit
───────────────────────────────

ROBERT WHARTON,

v.

SUPERINTENDENT GRATERFORD SCI

THE PHILADELPHIA DISTRICT ATTORNEY'S OFFICE,
PAUL GEORGE, and NANCY WINKELMAN,

*Appellants.*

───────────────────────────────

On Appeal from the Order entered on September 12, 2022,
in the United States District Court for the Eastern District of Pennsylvania
in Civil Action No. 2:01-cv-06049-MSG

───────────────────────────────

**MOTION OF COURT-APPOINTED *AMICUS CURIAE* AND PROPOSED *AMICI* LISA NEWMAN, PATRICE CARR, AND DR. DAVID "TONY" ANTONY HART FOR AN ENLARGEMENT OF THE ORAL ARGUMENT TIME AND FOR LEAVE FOR PROPOSED *AMICI* TO PARTICIPATE IN ORAL ARGUMENT**

───────────────────────────────

Court-Appointed *Amicus Curiae* Counsel in Support of Affirmance and proposed *amici* Lisa Newman, Patrice Carr, and Dr. David "Tony" Antony Hart respectfully request that the Court (1) increase the total time allotted for oral argument in this appeal to **40 minutes**; and (2) grant leave for proposed *amici* to participate in oral argument with **5 minutes** of argument time. Court-appointed *amicus* counsel and proposed *amici* jointly state the following in support of this request:

1.  Earlier this week, this Court scheduled oral argument in this appeal for October 11, 2023, and allotted 15 minutes of argument time to Appellants and 15 minutes of argument time to court-appointed *amicus*, for a total of 30 minutes of argument time. ECF No. 70. Following that allotment of argument time, counsel for proposed *amici* Lisa Newman, Patrice Carr, and Tony Hart contacted court-appointed *amicus* to request an opportunity to present argument on behalf of the proposed *amici*.

2.  One of the questions presented in this appeal is whether the District Court properly sanctioned Appellants for misleadingly implying that "communication with the victims' family" supported granting Robert Wharton habeas relief. *See generally* ECF No. 36 at 44-48; ECF No. 47. The District Court imposed sanctions for this misrepresentation because it "impeded [the Court's] ability to ensure that the victims were provided their statutory rights." A68. Proposed *amici* are the victims in this case: Lisa Newman is the daughter of Bradley and Ferne Hart, who was left to freeze to death after Wharton murdered her parents; Patrice Carr is Bradley's sister; and Tony Hart is Bradley's brother.

3.  Court-appointed *amicus* counsel agrees with the proposed *amici* that it would be helpful for the Court to hear from them at oral argument. Proposed *amici*'s participation at oral argument would allow them to explain how Appellants misrepresented their communication with them, how that misrepresentation affected

them, and why that misrepresentation was material and properly sanctionable. And proposed *amici*'s participation would let them explain how the District Court's sanctions order upholds the rights of victims as established by the federal Crime Victims' Rights Act and Pennsylvania Crime Victims Act.

4.　　Pursuant to Federal Rule of Appellate Procedure 29(a)(8), proposed *amici* "may participate in oral argument only with the [C]ourt's permission." Court-appointed *amicus* counsel and proposed *amici* thus respectfully seek such permission.

5.　　To ensure that there is sufficient time to address the important issues presented by this appeal, court-appointed *amicus* counsel and proposed *amici* also respectfully request that the Court increase the time allotted for oral argument to a total of **40 minutes**, to be divided as follows: 20 minutes for Appellants, 15 minutes for court-appointed *amicus* counsel, and 5 minutes for proposed *amici*.[1]

---

[1] Wharton opposes the request for proposed *amici*'s participation at oral argument. Appellants have not provided their position on the relief requested in this motion.

| | |
|---|---|
| Dated:  September 1, 2023 | Respectfully submitted, |
| /s/ *Allyson N. Ho* | /s/ *Christina R. Gay* |

<div style="display: flex;">

<div>

Allyson N. Ho
Bradley G. Hubbard
Matthew Scorcio
Stephen J. Hammer
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone:  (214) 698-3100
Facsimile:   (214) 571-2900
*aho@gibsondunn.com*
*bhubbard@gibsondunn.com*
*mscorcio@gibsondunn.com*
*shammer@gibsondunn.com*

M. Christian Talley
Joshua R. Zuckerman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone:  (202) 955-8500
Facsimile:   (202) 467-0539
*ctalley@gibsondunn.com*
*jzuckerman@gibsondunn.com*

Paul G. Cassell
UTAH APPELLATE PROJECT
S.J. QUINNEY COLLEGE OF LAW
  AT THE UNIVERSITY OF UTAH[*]
383 South University Street
Salt Lake City, Utah 84112
Telephone:  (801) 585-5202
Facsimile:   (801) 581-6897
*cassellp@law.utah.edu*

</div>

<div>

Roman Martinez
Gregory B. in den Berken
Christina R. Gay
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
Tel.:     (202) 637-2200
Fax:     (202) 637-2201
Email:  roman.martinez@lw.com
            greg.indenberken@lw.com
            christina.gay@lw.com

*Court-Appointed* Amicus Curiae
*Counsel in Support of Affirmance*

</div>

</div>

---

  [*]  Institutional information provided only for identification purposes; does not imply institutional endorsement.

4

Meg Garvin
NATIONAL CRIME VICTIM LAW
  INSTITUTE
1130 SW Morrison Street, Suite 240
Portland, Oregon 97205
Telephone: (503) 768-6953
*garvin@lclark.edu*

*Counsel for Proposed* Amici Curiae *Lisa Newman, Patrice Carr, and Dr. David "Tony" Antony Hart*

## COMBINED CERTIFICATIONS

Pursuant to Federal Rule of Appellate Procedure 32(g)(1) and Local Appellate Rules 27.3 and 113.4, I certify that:

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 469 words, excluding the parts exempted under Federal Rule of Appellate Procedure 32(f).

2. This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because this motion has been prepared in a proportionally spaced typeface in 14-point Times New Roman font using Microsoft Word for Microsoft 365.

3. On September 1, 2023, I caused a copy of this motion to be filed via the Court's CM/ECF system and thus to be served on all parties' counsel registered to receive electronic notices.

Dated: September 1, 2023                    Respectfully submitted,

                                            */s/ Christina R. Gay*
                                            Christina R. Gay