# THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

_____

| | |
|---|---|
| ROBERT WHARTON, | : |
| | : |
| | : |
| | : No. 22-2839 |
| | : |
| v. | : |
| | : |
| | : |
| SUPERINTENDENT GRATERFORD | : |
| SCI,; DISTRICT ATTORNEY OF | : |
| PHILADELPHIA; PAUL M. GEORGE; | : |
| NANCY WINKELMAN | : |

_____

## MOTION IN OPPOSITION TO REQUEST FOR PROPOSED *AMICI* TO PARTICIPATE IN ORAL ARGUMENT

Robert Wharton opposes the request from Amicus Counsel for the victim and family members to participate in oral argument because of the potential prejudicial effect on the merits of Mr. Wharton's appeal, to which he would have no opportunity to respond.

Mr. Wharton is the appellant in No. 22-9001, which challenges the district court denial of habeas relief. He is also the named appellee in No. 22-2839, the appeal by the Philadelphia District Attorney's office of a sanctions order. Mr. Wharton did not file a brief in that case.

Amicus seeks oral argument in the sanctions appeal. Such argument may directly or indirectly express arguments or opinions about the merits of Mr.

Wharton's appeal. Mr. Wharton would have no opportunity to respond and is concerned that such argument could impact this court's decision in the merits appeal.

WHEREFORE, in order to avoid the risk of prejudicial impact, Mr. Wharton asks that the victim and family amicus request to participate in oral argument be denied. In the alternative, Mr. Wharton requests that he be allowed a few minutes of argument to respond to any argument or opinions concerning the merits of his appeal.

                                        Respectfully submitted,

                                        /s/ Stuart Lev
                                        STUART LEV
                                        Senior Litigator
                                        Federal Community Defender Office
                                        for the Eastern District of Pennsylvania
                                        601 Walnut St., Suite 545W
                                        Philadelphia, Pennsylvania 19106
                                        (215) 928-0520

                                        Counsel for Robert Wharton

Dated:   September 5, 2023

## CERTIFICATE OF SERVICE

I, Stuart Lev, hereby certify that on this 5th day of September, 2023, the foregoing document was filed electronically and is available for viewing and downloading from the ECF system

/s/ Stuart Lev
STUART LEV