UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-2839

ROBERT WHARTON

v.

SUPERINTENDENT GRATERFORD SCI

THE PHILADELPHIA DISTRICT ATTORNEY'S OFFICE; PAUL M. GEORGE; NANCY WINKELMAN,

Appellants

(E.D. Pa. No. 2-01-cv-06049)

Present:  HARDIMAN, BIBAS and PHIPPS, Circuit Judges

1.  Motion filed by Lisa Newman, Patrice Carr, and Dr. David "Tony" Antony Hart to proceed as amicus on the merits

Respectfully,
Clerk/eaf

_____ORDER_____
The foregoing Motion is GRANTED.

By the Court,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: September 5, 2023
EAF/cc:       All Counsel of Record