No. 22-2839
(CAPITAL CASE)

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

ROBERT WHARTON, Petitioner,

v.

DONALD T. VAUGHN, Respondent.

Appeal of The Philadelphia District Attorney's Office,
Paul George, and Nancy Winkelman

APPELLANTS' RESPONSE TO MOTION OF COURT-APPOINTED
*AMICUS CURIAE* AND PROPOSED *AMICI* LISA NEWMAN, PATRICE
CARR, AND DR. DAVID "TONY" ANTONY HART FOR
ENLARGEMENT OF THE ORAL ARGUMENT TIME AND FOR LEAVE
FOR PROPOSED AMICI TO PARTICIPATE IN ORAL ARGUMENT

Appellants the Office of District Attorney ("DAO"), Nancy Winkelman, and Paul George respectfully submit this Response to the Motion of Court-Appointed *Amicus Curiae* and Proposed *Amici* Lisa Newman, Patrice Carr, and Dr. David "Tony" Antony Hart for an Enlargement of the Oral Argument Time and for Leave for Proposed *Amici* to Participate in Oral Argument (Dkt. No. 64), and state as follows:

1. On August 28, 2023, the Court notified counsel that oral argument in this matter will occur on October 11, 2023. Appellants and Court-Appointed Amicus were each allotted fifteen minutes of argument time, for a total of thirty minutes. *See* Dkt. 54.

2.     On September 1, 2023, Court-Appointed Amicus and then-proposed *amici* Lisa Newman, Patrice Carr, and Dr. David "Tony" Antony Hart ("Family Amici") filed a motion requesting leave to increase the total time allotted for oral argument to 40 minutes and grant leave for Family Amici to participate in oral argument with five minutes of argument time.  Dkt. 64 ("Motion").[1]

3.     On the basis of the arguments presented in the Family Amici's brief, there is insufficient basis to grant the Motion.  However, given the context of the family's request, Appellants do not state any opposition to the request.

Dated:  September 7, 2023

Respectfully submitted,

KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN

By: */s/ David Rudovsky*
   David Rudovsky (No. 15168)
   drudovsky@krlawphila.com

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By:  */s/ John S. Summers*
   John S. Summers (No. 41854)
   jsummers@hangley.com
   Matthew A. Hamermesh (No. 82313)
   mhamermesh@hangley.com
   Andrew M. Erdlen (No. 320260)
   aerdlen@hangley.com

718 Arch Street, Suite 501 South
Philadelphia, PA 19106
(215) 925-4400

One Logan Square, 27th Floor
Philadelphia, Pennsylvania 19103
(215) 568-6200

*Counsel for Appellants The Philadelphia District Attorney's Office, Nancy Winkelman, and Paul George*

---

[1] On September 5, 2023, the Court granted Family Amici's August 21, 2023 motion to proceed as amici on the merits.  Dkt. 66.

# CERTIFICATE OF SERVICE

I, John S. Summers, hereby certify that on September 7, 2023, I caused the foregoing Response to the Motion of Court-Appointed *Amicus Curiae* and Proposed *Amici* Lisa Newman, Patrice Carr, and Dr. David "Tony" Antony Hart for an Enlargement of the Oral Argument Time and for Leave for Proposed *Amici* to Participate in Oral Argument to be served on the following counsel of record via ECF:

| | |
|---|---|
| Matthew Stiegler<br>Paul M. George<br>Nancy Winkelman<br>Supervisor, Federal Litigation<br>Office of the Philadelphia<br>District Attorney<br>3 South Penn Square<br>Philadelphia, PA 19107<br>Paul.George@Phila.gov<br>Nancy.Winkelman@Phila.gov<br><br>*Counsel for Appellee*<br>*Superintendent Graterford SCI* | Elizabeth McHugh<br>Claudia Van Wyk<br>Victor J. Abreu, Jr.<br>Federal Community Defender Office<br>Capital Habeas Corpus Unit District<br>Attorney's Office<br>601 Walnut Street, Suite 545 West<br>Philadelphia, PA 19106<br>Elizabeth_McHugh@fd.org<br>Claudia_VanWyk@fd.org<br><br>Stuart B. Lev<br>Federal Community Defender Office<br>for the Eastern District of PA<br>601 Walnut Street, Suite 540 West<br>Philadelphia, PA 19106<br>Stuart_lev@fd.org<br><br>*Counsel for Appellee Robert Wharton* |

Allyson N. Ho
Bradley G. Hubbard
Stephen J. Hammer
Gibson, Dunn & Crutcher LP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2911
aho@gibsondunn.com
bhubbard@gibsondunn.com
shammer@gibsondunn.com

*Counsel for Proposed Amici Curiae Lisa Newman, Patrice Carr and Dr. David "Tony" Antony Hart*

J. Gordon Cooney, Jr.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Gordan.cooney@morganlewis.com

*Counsel for Amicus Curiae James M. Becker, Doris Brogan, Stephen D. Brown, Stephen B. Burbank, Patrick J. Egan, Robert H. Fiebach, Lawrence J. Fox, John J. Grogan, Robert C. Heim, David Hoffman, Seth F. Kreimer, Timothy K. Lewis, James C. Martin, Arthur E. Newbold, Abraham C. Reich, David Richman, Andrew R. Rogoff, Louis S. Rulli, Stephen Schulhofer, David A. Sonnenshein, Mark J. Sonnenfeld, Dennis R. Suplee, Adam Thurschwell and Ralph G. Wellington*

Cari L. Mahler
PA Office of Attorney General
1000 Madison Ave., Suite 310
Norristown, PA 19403
cmahler@attorneygeneral.gov

*Counsel for Amicus Curiae Pennsylvania Office of Attorney General*

Gregory B. in den Berken
Christina R. Gay
Roman Martinez
Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304
Greg.indenberken@lw.com
Christina.gay@lw.com
Roman.martinez@lw.com

*Counsel for Court Appointed Amicus Curiae*

      /s/ John S. Summers
      John S. Summers

*Counsel for Appellants Philadelphia District Attorney's Office, Nancy Winkelman and Paul George*