UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-2839
_____

ROBERT WHARTON

v.

SUPERINTENDENT GRATERFORD SCI

PHILADELPHIA DISTRICT ATTORNEY'S OFFICE;
PAUL M. GEORGE; NANCY WINKELMAN,
                                                      Appellants

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:01-cv-06049)
District Judge: Honorable Mitchell S. Goldberg

_____

Argued: October 11, 2023

Before: HARDIMAN, BIBAS, and PHIPPS, *Circuit Judges*

_____

JUDGMENT
_____

    This cause came to be considered on the record from the U.S. District Court for the Eastern District of Pennsylvania and was argued on October 11, 2023.

    On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the judgment of the District Court entered September 12, 2022, is **AFFIRMED**. Costs will be taxed against Appellants. All of the above in accordance with the Opinion of this Court.

Dated: March 8, 2024

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Certified as a true copy and issued in lieu
of a formal mandate on 04/01/2024

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**