OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

April 1, 2024

Mr. George V. Wylesol
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

RE: Robert Wharton v. Superintendent Graterford SCI, et al
Case Number: 22-2839
District Court Case Number: 2-01-cv-06049

Dear District/Bankruptcy Clerk

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order shows costs taxed, if any.


Very Truly Yours,
s/ Patricia S. Dodszuweit
Clerk


By: s/ Desiree
Case Manager
267-299-4252

cc:
 J. Gordon Cooney Jr., Esq.
  Andrew M. Erdlen, Esq.
  Christina R. Gay,
  Matthew A. Hamermesh, Esq.
  Stephen J. Hammer, Esq.
  Allyson N. Ho, Esq.
  Bradley G. Hubbard, Esq.
  Stuart B. Lev, Esq.
  Cari L. Mahler, Esq.
  Roman Martinez, Esq.
  David Rudovsky, Esq.
  John S. Summers, Esq.
  Gregory B. in den Berken, Esq.